PROB 12C
(6/16)

Report Date: December 26, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 26, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: John Paul Martinez | Case Number: 0980 2:23CR00013-MKD-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: December 20, 2023

| | | |
|---|---|---|
| Original Offense: | Failure to Appear After Pretrial Release, 18 U.S.C. § 3146(a)(1), (b)(1)(iii) | |
| Original Sentence: | Prison - 244 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: December 21, 2023 |
| Defense Attorney: | Sandy D. Baggett | Date Supervision Expires: December 20, 2026 |

### PETITIONING THE COURT

To issue a **warrant**.

On December 20, 2023, Mr. Martinez was sentenced to time served and was to be released directly to inpatient treatment. Mr. Martinez has not reviewed his judgment and sentence with the undersigned officer.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: You must report to the probation office in the federal district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence**: John Paul Martinez allegedly violated the terms of his supervised release by failing to report to the probation office, on or about December 21, 2023, or since.<br><br>On December 20, 2023, Mr. Martinez appeared for sentencing. He was sentenced to time served with a December 21, 2023, release date. He was to release at 1:00 p.m. to the staff of American Behavioral Health Systems (ABHS), for the purposes of entering inpatient treatment.<br><br>On December 21, 2023, staff of ABHS attempted to pick Mr. Martinez up from the Spokane County Jail (SCJ). |

Prob12C
**Re: Martinez, John Paul**
**December 26, 2023**
**Page 2**

On December 22, 2023, the undersigned officer contacted ABHS staff and was advised that the SCJ would not release Mr. Martinez to them as he had a hold in place and no release paperwork saying they were to release Mr. Martinez to ABHS. The undersigned then contacted the SCJ and confirmed that at the time ABHS attempted to pick up Mr. Martinez they were unable to release him. Mr. Martinez was ultimately released on December 21, 2023.

Mr. Martinez has not made any attempts to contact with the probation office. His whereabouts are currently unknown.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 26, 2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

12/26/2023

Date