PROB 12C
(6/16)

Report Date: October 9, 2024

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 10, 2024

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: John Paul Martinez | Case Number: 0980 2:23CR00013-MKD-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓ Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: December 20, 2023

| | | |
|---|---|---|
| Original Offense: | Failure to Appear After Pretrial Release, 18 U.S.C. § 3146(a)(1), (b)(1)(iii) | |
| Original Sentence: | Prison - 244 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: December 21, 2023 |
| Defense Attorney: | Sandy D. Baggett | Date Supervision Expires: December 20, 2026 |

### PETITIONING THE COURT

To issue a warrant.

On February 6, 2024, a supervision intake was completed with Mr. Martinez at American Behavioral Health Systems (ABHS). His judgment was reviewed with him and Mr. Martinez signed a copy his judgment indicating an understanding of the conditions imposed by the court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: John Paul Martinez allegedly violated the terms of his supervised release by failing to report to the probation office, on or about October 7, 2024, or since.<br><br>On October 7, 2024, the undersigned officer made contact with Mr. Martinez by phone. He was directed to report to the probation office to meet with the duty officer for the purpose of submitting a urinalysis. Mr. Martinez agreed to report at 9 a.m.<br><br>On October 7, 2024, Mr. Martinez failed to report. On October 8, 2024, the undersigned attempted to contact Mr. Martinez by phone. His voicemail box was full, therefore, a text message was sent directing him to report that same day no later than 3 p.m. He has continued to not report and has made no efforts to contact the probation office. |

Prob12C
**Re: Martinez, John Paul**
**October 9, 2024**
**Page 2**

| | | |
|---|---|---|
| 2 | **Special Condition # 3:** | You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence:** It is alleged that John Martinez violated the terms of his supervised release by failing to appear for drug testing, on or about October 7, 2024.

On October 7, 2024, the undersigned officer made contact with Mr. Martinez by phone. He was directed to report to the probation office to meet with the duty officer for the purposes of a urinalysis. Mr. Martinez agreed to report at 9 a.m.

On October 7, 2024, Mr. Martinez failed to report, thereby also failing to appear for drug testing.

| | | |
|---|---|---|
| 3 | **Standard Condition: #5:** | You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence:** It is alleged that John Martinez violated the terms of his supervised release by failing to report a change in residence, on or about October 7, 2024.

Mr. Martinez had been residing at a clean and sober residence through Pura Vida since approximately March 2024. He has also been working for Pura Vida as well.

On October 8, 2024, contact was made with a representative of Pura Vida. They advised that Mr. Martinez left the job site on October 7, 2024, in order to go to the probation office. They have not heard from him since. He did not return to his reported residence on October 7, 2024, or since.

Mr. Martinez' whereabouts are currently unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/09/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Martinez, John Paul**
**October 9, 2024**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

10/10/2024

Date