PROB 12C  
(6/16)

Report Date: October 2, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 02, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: John Paul Martinez | Case Number: 0980 2:23CR00013-MKD-1 |
| Address of Offender: ▉▉▉▉▉▉▉▉▉▉ | |

Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: December 20, 2023

| | |
|---|---|
| Original Offense: | Failure to Appear After Pretrial Release, 18 U.S.C. § 3146(a)(1), (b)(1)(iii) |
| Original Sentence: | Prison - 244 days<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(December 4, 2024) | Prison - 90 days<br>TSR - 33 months |
| Revocation Sentence:<br>(January 22, 2025) | Prison - 6 months<br>TSR - 27 months |
| Asst. U.S. Attorney: | Earl Allan Hicks |
| | Date Supervision Commenced: July 3, 2025 |
| Defense Attorney: | Sandy D. Baggett |
| | Date Supervision Expires: October 2, 2027 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 07/07/2025.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |
| | **Supporting Evidence**: It is alleged that John Martinez violated the terms of his supervised release by being in another district, specifically the District of Oregon, without permission, on or about August 2, 2025. |
| | On July 3, 2025, Mr. Martinez released from the Bureau of Prisons and supervised release commenced. Mr. Martinez failed to report to the probation office following release. Therefore on July 9, 2025 a warrant was issued. |
| | On August 2, 2025, Mr. Martinez was arrested by the Multnomah County Sheriff's Office in the District of Oregon. |

Prob12C
**Re: Martinez, John Paul**
**October 2, 2025**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/02/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

M. K. Dimke

Signature of Judicial Officer

October 2, 2025

Date